FORM nch13pln
REVISED 12/01/2009

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 0:10−bk−03144−RJH

David Waldron  Chapter: 13
P.O. Box 313
Beaver Dam, AZ 86432
**SSAN:** xxx−xx−8435
**EIN:**

Maria Waldron
P.O. Box 313
Beaver Dam, AZ 86432
**SSAN:** xxx−xx−6577
**EIN:**

Debtor(s)

## NOTICE OF DATE TO FILE OBJECTION TO CHAPTER 13 PLAN

## OR MOTION FOR MORATORIUM ON PLAN PAYMENTS

Notice is hereby given that the Debtor(s) have filed the enclosed or attached Chapter 13 Plan or Motion for Moratorium on Plan Payments. Pursuant to Local Rules 2084−9 and 2084−10, plan or motion confirmation is governed by the following procedures:

1. Any objection by a creditor to the Plan or Motion must be in writing and filed with the Bankruptcy Court, and copies served on the following parties no later than 14 days after the date set for the meeting of creditors or 28 days after service, whichever is later:

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office | U.S. Bankruptcy Court − Yuma<br>325 W 19th Street, Suite D<br>Yuma, AZ 85364 |
| Address of Trustee | RUSSELL BROWN<br>CHAPTER 13 TRUSTEE<br>SUITE 800<br>3838 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85012−1965 |
| Address of Debtor(s) | David Waldron<br>P.O. Box 313<br>Beaver Dam, AZ 86432 |
| | Maria Waldron<br>P.O. Box 313<br>Beaver Dam, AZ 86432 |
| Address of Debtor(s) Attorney | CARY RAY LUNDBERG<br>LUNDBERG & MARTINEZ<br>3575 MCCORMICK BLVD STE F101<br>BULLHEAD CITY, AZ 86429 |

− − − **NOTICE CONTINUES ON NEXT PAGE** − − −

2.  The Trustee is to file a Recommendation within 28 days after the above date for creditor objections.

3.  If creditors file no objections and the Trustee recommends confirmation or approval, the Court may confirm the Plan or grant the Motion without a hearing.

4.  If a creditor files an objection and/or the Trustee does not recommend confirmation or approval, the Court may confirm a plan without a hearing, provided the Trustee and all objecting creditors agree to a stipulated confirmation order. If unable to so agree and stipulate, the Trustee or objecting creditor shall set the matter for hearing and provide notice to the Debtor(s) and each objecting party.

5.  **For an original plan, the failure of a party in interest to timely file an objection to confirmation of the Plan or the granting of a motion for a moratorium shall constitute acceptance of the Plan pursuant to 11 U.S.C. Section 1325(a)(5)(A), and a waiver of the requirement under Section 1324 that the Court hold a confirmation hearing within 45 days after the date of the meeting of creditors.**

**Date: April 7, 2010**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court – Yuma<br>325 W 19th Street, Suite D<br>Yuma, AZ 85364<br>Telephone number: (928) 783–2288<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>**Brian D. Karth** |

# CERTIFICATE OF NOTICE

```
District/off: 0970-0          User: schriste            Page 1 of 2              Date Rcvd: Apr 07, 2010
Case: 10-03144                Form ID: nch13pln         Total Noticed: 22


The following entities were noticed by first class mail on Apr 09, 2010.
db/jdb       +David Waldron,   Maria Waldron,   P.O. Box 313,   Beaver Dam, AZ 86432-0313
smg           AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,   1600 W. MONROE, 7TH FL.,
               PHOENIX, AZ 85007-2650
cr           +C/O MARK S. BOSCO WELLS FARGO BANK, N.A.,   TIFFANY & BOSCO, P.A.,   2525 E. CAMELBACK RD.,
               SUITE 300,   ESPLANADE II,   PHOENIX, AZ 85016-4237
9010593      +AMERICA FIRST FEDERAL CREDIT UNION,   PO BOX 9199,   OGDEN, UT 84409-0199
8905260      +ARIZONA DEPARTMENT OF REVENUE,   SPECIAL OPERATIONS UNIT, 7TH FLOOR,   1600 W MONROE,
               PHOENIX, AZ 85007-2612
8880904      +America's First Credit Union,   590 West Mesquite Blvd.,   Mesquite, Nevada 89027-5164
9085373      +Arizona Department of Revenue,   Special Operations Unit, 7th Floor,   1600 West Monroe,
               Phoenix, Arizona 85007-2612
8880910      +Carl and Gwen Urich,   16824 SW Steelhead Road,   Crooked River Ranch, Or 97760-8535
8880907      +Mesa View Regional Hospital,   P.O. Box 60000,   San Francisco, California 94160-0001
8991509       Mesa View Regional Hospital,   c/o Michael I. Mossman, Attorney at Law,   P.O. Box 330129,
               Nashville, TN 37203-7501
8880906      +Mesa View Regional Hospital,   1299 Bertha Howe Avenue,   Mesquite, Nevada 89027-7500
8880908      +Mesquite Medical Association,   1301 Bertha Howe Avenue,   Suite 1,   Mesquite, Nevada 89027-7503
8880909      +Michael A. Bosco, P.A.,   Tiffany & Bosco, P.A.,   2525 East Camelback Road,   Suite 300,
               Phoenix, Arizona 85016-9240
9085379       Mr. Carl Urich,   1864 SW Steelhead Road,   Crooked River Ranch, Oregon 97760
8880911      +Sears,   P.O. Box 6283,   Sioux Falls, SD 57117-6283
8880912      +Sears Mastercard,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
8880913      +The Home Depot,   P.O. Box 653000,   Dallas, TX 75265-3000
8992436      +WELLS FARGO BANK, N.A. C/O MARK S. BOSCO,   2525 E. CAMELBACK RD. SUITE 300,
               PHOENIX, AZ 85016-4237
8880914       Wells Fargo Bank, N.A.,   P.O. Box 2908,   Phoenix, Arizona 85062-2908
8880916      +Wells Fargo Home Mortgage,   MAC X7801-03K,   3476 Stateview Boulevard,
               Fort Mill, South Carolina 29715-7203
8880915       Wells Fargo Home Mortgage,   P.O. Box 10368,   Des Moines, IA 50306-0368

The following entities were noticed by electronic transmission on Apr 07, 2010.
8880905       E-mail/PDF: gecsedi@recoverycorp.com Apr 07 2010 23:57:28     GE Money Bank,   P.O. Box 981127,
               El Paso, Texas 79998-1127
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9085372*     +America's First Credit Union,   590 West Mesquite Blvd.,   Mesquite, Nevada 89027-5164
9085399*     +America's First Credit Union,   590 West Mesquite Blvd.,   Mesquite, Nevada 89027-5164
9085400*     +Arizona Department of Revenue,   Special Operations Unit, 7th Floor,   1600 West Monroe,
               Phoenix, Arizona 85007-2612
9085374*      GE Money Bank,   P.O. Box 981127,   El Paso, Texas 79998-1127
9085401*      GE Money Bank,   P.O. Box 981127,   El Paso, Texas 79998-1127
9085376*     +Mesa View Regional Hospital,   P.O. Box 60000,   San Francisco, California 94160-0001
9085403*     +Mesa View Regional Hospital,   P.O. Box 60000,   San Francisco, California 94160-0001
9085375*     +Mesa View Regional Hospital,   1299 Bertha Howe Avenue,   Mesquite, Nevada 89027-7500
9085402*     +Mesa View Regional Hospital,   1299 Bertha Howe Avenue,   Mesquite, Nevada 89027-7500
9085377*     +Mesquite Medical Association,   1301 Bertha Howe Avenue,   Suite 1,   Mesquite, Nevada 89027-7503
9085404*     +Mesquite Medical Association,   1301 Bertha Howe Avenue,   Suite 1,   Mesquite, Nevada 89027-7503
9085378*     +Michael A. Bosco, P.A.,   Tiffany & Bosco, P.A.,   2525 East Camelback Road,   Suite 300,
               Phoenix, Arizona 85016-9240
9085405*     +Michael A. Bosco, P.A.,   Tiffany & Bosco, P.A.,   2525 East Camelback Road,   Suite 300,
               Phoenix, Arizona 85016-9240
9085406*      Mr. Carl Urich,   1864 SW Steelhead Road,   Crooked River Ranch, Oregon 97760
9085380*     +Sears,   P.O. Box 6283,   Sioux Falls, SD 57117-6283
9085407*     +Sears,   P.O. Box 6283,   Sioux Falls, SD 57117-6283
9085381*     +Sears Mastercard,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
9085408*     +Sears Mastercard,   P.O. Box 6282,   Sioux Falls, SD 57117-6282
9085382*     +The Home Depot,   P.O. Box 653000,   Dallas, TX 75265-3000
9085409*     +The Home Depot,   P.O. Box 653000,   Dallas, TX 75265-3000
9085383*      Wells Fargo Bank, N.A.,   P.O. Box 2908,   Phoenix, Arizona 85062-2908
9085410*      Wells Fargo Bank, N.A.,   P.O. Box 2908,   Phoenix, Arizona 85062-2908
9085384*      Wells Fargo Home Mortgage,   P.O. Box 10368,   Des Moines, IA 50306-0368
9085411*      Wells Fargo Home Mortgage,   P.O. Box 10368,   Des Moines, IA 50306-0368
9085385*     +Wells Fargo Home Mortgage,   MAC X7801-03K,   3476 Stateview Boulevard,
               Fort Mill, South Carolina 29715-7203
9085412*     +Wells Fargo Home Mortgage,   MAC X7801-03K,   3476 Stateview Boulevard,
               Fort Mill, South Carolina 29715-7203
                                                                                   TOTALS: 0, * 26

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 09, 2010**                          **Signature:**       _Joseph Speetjens_