**IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.**

The party obtaining this order is responsible for
noticing it pursuant to Local Rule 9022-1.

**Dated: February 22, 2011**



*Randolph J. Haines*

_____

**RANDOLPH J. HAINES
U.S. Bankruptcy Judge**

_____

# TIFFANY & BOSCO

P.A.

**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-05863

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br>David Waldron and Maria Waldron<br>　　　　　Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>　　　　　　　Movant,<br>　　　vs.<br>David Waldron and Maria Waldron<br>Debtors; Russell A. Brown, Trustee.<br><br>　　　　　Respondents. | No. 0:10-bk-03144-RJH<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #19)<br><br>Hearing Date: February 16, 2011 |

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real

property which is subject of a Deed of Trust dated August 27, 2007, and recorded in the office of the

Mohave County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and David Waldron

and Maria Waldron have an interest in, further described as:

　　　Lots 15 and 16, Block 158, VIRGIN ACRES, TRACT NO. 1, according to the plat recorded in
November 25, 1929, records of Mohave County, Arizona;

EXCEPT the West 12.5 feet of Lot 15.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.